UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA

v.

JUAN CHILISEO-VEGA

Criminal No.: 17- 90    JLL

ORDER OF REFERRAL

The defendant, Juan Chiliseo-Vega, having asked for permission to enter a plea of guilty and having consented to have a United States Magistrate Judge hear the application, the matter is referred to Magistrate Judge Joseph A. Dickson to administer the allocution pursuant Fed.R.Crim.P.11 and to make a finding as to whether the plea is knowingly and voluntarily made and not coerced, and to make a recommendation as to whether the plea of guilty should be accepted.

SO ORDERED.

Dated: March 21, 2017

_____
Jose L. Linares,
United States District Judge

CONSENTED TO:

_____
Juan Chiliseo-Vega, Defendant

_____
~~John H. Yauch, AFPD~~
Frank Arleo, Esq.