# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA | Criminal No.: 17- 90     JLL |
| v. | **ORDER** |
| JUAN CHILISEO-VEGA | |

This matter having come before the Court on the Report and Recommendation of the United States Magistrate Judge filed in this matter, which was submitted as a result of this Court having referred this cause to the Magistrate Judge for the purpose of conducting a plea proceeding under Fed. R. Crim. P. 11; and the defendant having consented to the Magistrate Judge conducting the guilty plea proceeding; and the Court having reviewed the Report and Recommendation, as well as the transcript of the proceedings of March 20, 2017; and there being no objection to the Report and Recommendation timely filed pursuant to 28 U.S.C. § 636(b); and the Court finding the Report and Recommendation is neither clearly erroneous nor contrary to law; and the Court hereby finding that the Report and Recommendation should be approved and adopted and the defendant's guilty plea accepted,

It is on this  22  day of MARCH, 2017;

ORDERED that the Report and Recommendation of the United States Magistrate Judge is approved and adopted; and, it is further,

ORDERED that the defendant's guilty plea is accepted and a judgment of guilt to the Information shall be entered.

Jose L. Linares,
United States District Judge